PROB 12C
(6/16)

Report Date: August 18, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antonio Aguilar | Case Number: 0980 4:14CR06041-EFS-2 |
| Address of Offender: | Washington 98944 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 16, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance: Cocaine, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 63 months<br>TSR - 48 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: December 20, 2019 |
| Defense Attorney: | William A. Schuler, III |
| | Date Supervision Expires: December 19, 2023 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the Court or probation officer.<br><br>**Supporting Evidence**: Mr. Aguilar is considered to be in violation of his supervised release conditions by traveling to the District of Oregon, without permission on July 24, 2020.<br><br>On December 23, 2019, Mr. Aguilar met with his supervising officer upon his release from custody.  He reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.<br><br>On July 24, 2020, this officer received a call from police officer Lopez of the Mount Angel Police Department, which is approximately 35 miles south of Portland, Oregon. Mr. Aguilar was stopped for speeding.  Mr. Aguilar was given a verbal warning and released.  Officer Lopez stated Mr. Aguilar was driving North from Silverton, Oregon, on his way to Woodburn, Oregon.<br><br>Mr. Aguilar did not have permission to travel outside of the Eastern District of Washington. |

Prob12C
**Re: Aguilar, Antonio**
**August 18, 2020**
**Page 2**

2      **Standard Condition #2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

     **Supporting Evidence**: Mr. Aguilar is considered to be in violation of his supervised release conditions by failing to report to his supervising U.S. Probation Officer by telephone as directed on or before August 7, 2020.

     On December 23, 2019, Mr. Aguilar met with his supervising officer upon his release from custody. He reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

     On January 6, 2020, this officer met with Mr. Aguilar after assuming supervision of his case once he transferred to the probation office in Yakima, Washington. Mr. Aguilar was instructed to report to this officer during the first full week of each month, or as directed.

     This officer has made several attempts to contact Mr. Aguilar at his last reported telephone numbers with no success. As of August 7, 2020, Mr. Aguilar failed to report to this officer as directed and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 18, 2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

August 18, 2020

Date