PROB 12C
(6/16)

Report Date: November 18, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antonio Aguilar | Case Number: 0980 4:14CR06041-EFS-2 |
| Address of Offender: | Washington 98944 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 16, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance: Cocaine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 63 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(10/06/2020) | Prison - 22 days<br>TSR - 35 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: October 6, 2020 |
| Defense Attorney: | Craig D. Webster | Date Supervision Expires: September 5, 2023 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Aguilar is considered to be in violation of his supervised release conditions by failing to report to his probation officer as directed on November 13, 2020.<br><br>On October 7, 2020, Mr. Aguilar reported by telephone to his supervising officer upon release from custody. Mr. Aguilar reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.<br><br>On November 9, 2020, Mr. Aguilar reported by telephone to his probation officer. Mr. Aguilar was informed that the probation office was open to the public and he was instructed to report to the Yakima office in person on November 13, 2020. |

Prob12C
**Re: Aguilar, Antonio**
**November 18, 2020**
**Page 2**

        On November 13, 2020, Mr. Aguilar failed to report to the probation office as instructed. Efforts were made to contact Mr. Aguilar by telephone with no success.

        As of the date of this report, Mr. Aguilar has not contacted his probation officer nor reported to the probation office and his whereabouts are unknown.

2      **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from the substances.

        **Supporting Evidence**: Mr. Aguilar is considered to be in violation of his supervised release conditions by failing to report to the probation officer for urinalysis (UA) testing on November 13, 2020.

        On October 7, 2020, Mr. Aguilar reported by telephone to his supervising officer upon release from custody. Mr. Aguilar reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

        On November 9, 2020, Mr. Aguilar was instructed to report in person to the probation office on November 13, 2020, and submit to UA testing. Mr. Aguilar was afforded several days to make transportation arrangements for reporting.

        On November 13, 2020, Mr. Aguilar failed to report to the probation office to submit to UA testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 18, 2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Aguilar, Antonio**
**November 18, 2020**
**Page 3**

THE COURT ORDERS

[  ]  No Action
[X]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[  ]  Other

*Edward F. Shea*

Signature of Judicial Officer

November 20, 2020

Date