PROB 12C
(6/16)

Report Date: April 23, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Antonio Aguilar | Case Number: 0980 4:14CR06041-EFS-2 |
| Address of Offender: ███████████ Washington 98944 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 16, 2015

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance: Cocaine, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 63 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(10/06/2020) | Prison - 22 days<br>TSR - 35 months | |
| Revocation Sentence:<br>(02/22/2021) | Prison - 4 months<br>TSR - 31 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: April 8, 2021 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: November 7, 2023 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Aguilar is considered to be in violation of his supervised release conditions by failing to submit to one drug test within 15 days of his release from imprisonment on April 19, 2021, as directed.<br><br>On April 16, 2021, Mr. Aguilar reported by telephone to the probation office and spoke with U.S. Probation Officer Mendoza, at which time the judgment and sentence, which outlined the conditions of his term of supervised release, were reviewed with Mr. Aguilar.  Mr. Aguilar acknowledged his understanding of his supervised release conditions. |

Prob12C
**Re: Aguilar, Antonio**
**April 23, 2021**
**Page 2**

On April 16, 2021, Mr. Aguilar reported to the probation office by telephone after not having done so since his release from custody on April 8, 2021. Mr. Aguilar was instructed to report to this officer on April 19, 2021.

As of the date of this report, Mr. Aguilar has not reported to the probation office to submit to urinalysis testing as required.

2  **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Aguilar is considered to be in violation of his supervised release conditions by failing to report to the probation office as instructed on April 19, 2021.

On April 16, 2021, Mr. Aguilar reported by telephone to the probation office and spoke with U.S. Probation Officer Mendoza, at which time the judgment and sentence, which outlined the conditions of his term of supervised release, were reviewed with Mr. Aguilar. Mr. Aguilar acknowledged his understanding of supervised release conditions.

On April 16, 2021, Mr. Aguilar reported to the probation office after not having done so since his release from custody on April 8, 2021. Mr. Aguilar was instructed to report to this officer on April 19, 2021.

On April 19, 2021, Mr. Aguilar failed to report to this probation officer as instructed. This officer attempted to contact Mr. Aguilar at the number he provided for his girlfriend. This officer spoke with Mr. Aguilar's girlfriend and asked her to let Mr. Aguilar know this officer has been trying to reach him and for Mr. Aguilar to call back immediately.

On April 20, 2021, this officer received a voice mail message from Mr. Aguilar with a call back number. This officer attempted to contact Mr. Aguilar with no success as the call was not answered and there was no ability to leave a voice mail message.

On April 21, 2021, this officer conducted a home visit to Mr. Aguilar's mother's home in Wapato, Washington, in hopes of making contact with Mr. Aguilar. This officer spoke with Mr. Aguilar's brother, who stated Mr. Aguilar was not at the residence and that Mr. Aguilar had informed the family he was not ready to turn himself in.

Moments after leaving the residence, this officer received a call from Mr. Aguilar's mother, Mary Bustos. She stated Mr. Aguilar was located in Sunnyside, Washington. This officer stated that a home visit could be conducted there if she were able to provide the address information. Ms. Bustos stated Mr. Aguilar was with some friends and she did not know of his whereabouts. This officer let her know Mr. Aguilar was in violation of his supervised release conditions and that Mr. Aguilar needed to report in person to the probation office. Ms. Bustos stated Mr. Aguilar has outstanding warrants in Benton County and he has been trying to take care of them. This officer informed Ms. Bustos that Mr. Aguilar's supervised release obligations are independent of the Benton County matters, and he needed to make himself available for supervision.

Prob12C
Re: Aguilar, Antonio
April 23, 2021
Page 3

As of the date of this report, Mr. Aguilar has not reported to the probation office nor has he made himself available for supervision. His current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 23, 2021

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

April 23, 2021

Date